**Order entered May 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00498-CR
No. 05-12-01447-CR

**DENNIS EDWARD WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-35087-Y, F08-35085-Y**

## ORDER

The Court **REINSTATES** the appeals.

The Court ordered the trial court to make findings regarding why appellant's brief has not been filed in these appeals. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is not indigent and is represented by retained counsel Jeff Buchwald; (3) Mr. Buchwald has not abandoned the appeals; (4) Mr. Buchwald explained that there have been numerous problems with missing portions of the record in both cases; (5) the two cases are companions, but were filed in this Court several months apart; (6) Mr. Buchwald has been trying to track down what appeared to be a missing hearing date from the reporter's record; (7) the court reporter indicated there were only two hearing dates on a motion to suppress, but the trial

court's order indicates the trial court heard testimony over three days; (8) Mr. Buchwald requested a supplemental clerk's record to include a missing page from the trial court's findings of fact and conclusions of law; (9) Mr. Buchwald has now obtained the clerk's and reporter's record from trial court no. F08-35085-Y (our 05-12-01447-CR), as well as complete findings of fact and conclusions of law; and (10) Mr. Buchwald requested fifteen days from May 14, 2013 to file appellant's brief in these cases.

We **DIRECT** the Clerk to list the above two appeals as companion cases on the Court's case management program.

We **ORDER** appellant to file his brief in these appeals within thirty (30) days from the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE